IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO GONZALEZ, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 14-6635 |
| ERIC BUSH et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 22nd day of September, 2016, upon consideration of the pro se objections of Julio Gonzalez ("Petitioner"), (Dkt No. 22 [hereinafter Objs.]), to the Report and Recommendation ("R&R") of the Honorable Thomas J. Rueter, United States Magistrate Judge. (Dkt No. 20), and the full record, it is hereby ORDERED that:

1. Petitioner's objections are OVERRULED;

2. The Court ADOPTS AND AFFIRMS the Report and Recommendation;

3. The Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED with prejudice for the reasons stated in the accompanying Memorandum Opinion;

4. There is no basis for the issuance of a certificate of appealability;

5. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II, J.